IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELISELO ARELLANO,

      Petitioner,                  No. CIV S-06-0625 GEB GGH P

    vs.

DIRECTOR OF CDCR, et al.,

      Respondent.              ORDER
_____/

      IT IS HEREBY ORDERED that respondent is granted a fourteen day extension of time, to and including, June 23, 2006, within which to file its response to the petition.

DATED:   6/19/06

                                             /s/ Gregory G. Hollows

                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE

ggh:kj
are625.eot

1