IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELISELO ARRELLANO,

    Petitioner,               No. CIV S-06-0625 GEB GGH P

    vs.

DIRECTOR OF CDCR, et al.,

    Respondents.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In 2001 petitioner was convicted of possession of firearms by a felon or narcotic addict. He was sentenced to 2 years and 8 months. On August 21, 2003, petitioner was released on parole. On September 27, 2005, petitioner's parole was revoked and he was returned to custody for a 12 month term.

        In the instant petition, petitioner challenges the legality of the 2005 parole revocation proceedings. On June 23, 2006, respondent filed an answer to the petition. According to respondent, petitioner was to be released from prison on August 24, 2006. Because petitioner's sentence on the parole revocation has expired, petitioner is ordered to show cause why this action should not be dismissed as moot.

/////

1

1 | Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of
2 | this order, petitioner shall show cause why this action should not be dismissed as moot; failure to
3 | respond to this order will result in a recommendation of dismissal of this action.
4 | DATED: 9/6/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
arr625.osc