IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELISELO ARRELLANO,

    Petitioner,                     No. CIV S-06-0625 GEB GGH P

    vs.

DIRECTOR OF CDCR, et al.,

    Respondent.                  FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In 2001 petitioner was convicted of possession of firearms by a felon or narcotic addict. He was sentenced to 2 years and 8 months. On August 21, 2003, petitioner was released on parole. On September 27, 2005, petitioner's parole was revoked and he was returned to custody for a 12 month term.

        In the instant petition, petitioner challenges the legality of the 2005 parole revocation proceedings. On June 23, 2006, respondent filed an answer to the petition. According to respondent, petitioner was to be released from prison on August 24, 2006.

        On September 7, 2006, the court granted petitioner twenty days to show cause why this action should not be dismissed as moot because his sentence on the parole revocation had expired. Nonnette v. Small, 316 F.3d 872, 876-77 (9th Cir. 2002)(a habeas petition is moot

1

1  after a prisoner's release if the petition presents no case or controversy).  Petitioner did not
2  respond to the September 7, 2006, order.
3         Because petitioner's sentence on the at-issue parole revocation has expired, the
4  court recommends that this action be dismissed as moot.
5         Accordingly, IT IS HEREBY RECOMMENDED that petitioner's application for a
6  writ of habeas corpus be dismissed as moot.
7         These findings and recommendations are submitted to the United States District
8  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
9  days after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
12 shall be served and filed within ten days after service of the objections.  The parties are advised
13 that failure to file objections within the specified time may waive the right to appeal the District
14 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
15 DATED: 11/13/06

/s/ Gregory G. Hollows

16
                                    GREGORY G. HOLLOWS
17                                     UNITED STATES MAGISTRATE JUDGE
18
19 ggh:kj
   arr625.157
20
21
22
23
24
25
26